UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DOUGLAS WAYNE YOUNG, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RANDY LEE and ATTORNEY GENERAL )<br>OF TENNESSEE, )<br>    Respondents. )<br>) | No.: 2:15-CV-278-JRG-MCLC |

## MEMORANDUM AND ORDER

This is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee. Accordingly, the Clerk is **DIRECTED** to serve copies of the petition for a writ of habeas corpus [Doc. 1] and this memorandum and order upon Respondent Lee and the Attorney General for the State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent Lee is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order.[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent Lee should specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER:**

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

---

[1] Any state court records should be sent directly to the Knoxville Division at 800 Market Street, Suite 130, Knoxville, Tennessee 37902.