UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DOUGLAS WAYNE YOUNG, | ) |
| Petitioner, | ) |
| v. | ) No. 2:15-CV-278-JRG-MCLC |
| RANDY LEE and THE ATTORNEY GENERAL OF TENNESSEE, | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

This is a pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Now before the Court are a motion to compel and a motion for extension of time to file response/reply filed by Petitioner [Docs. 11 and 13]. In his motion to compel, Petitioner asserts that, while he received a copy of Respondent's notice of filing documents regarding his response to the § 2254 petition, he did not receive a copy of the response to the petition, and therefore requests that the Court order Respondent to send Petitioner a copy of his answer to the § 2254 petition [Doc. 11]. In his motion for extension of time to file his reply, Petitioner again asserts that he has not received a copy of the response to the § 2254 petition and requests that the Court grant him ninety (90) days from the date of Petitioner's receipt of the response to file a reply to the response [Doc. 14].

Petitioner's motion to compel [Doc. 11] is **GRANTED** to the extent that the Clerk is **DIRECTED** to send Petitioner a copy of Respondent's response to the § 2254 motion [Doc. 8], if she has not already done so. Petitioner's motion for extension of time to file his reply is **GRANTED** to the extent that Petitioner shall have forty-five (45) days from entry of this order to file any reply to the response to his § 2254 petition.

**IT IS SO ORDERED.**

**ENTER:**

                                                        s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE